UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGHSHANA AMIR,

    Plaintiff,                                            No. C 09-3034 PJH

    v.                                               **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

_____/

    This action having come before the court on the parties' cross-motions for summary judgment and the court having denied plaintiff's motion,

    it is Ordered and Adjudged

    that the Commissioner's final decision is affirmed pursuant to sentence four of 42 U.S.C. § 405(g).  This constitutes a final judgment and closes the case and terminates all pending motions.

    **IT IS SO ORDERED.**

Dated: March 12, 2010

                                                       _____
                                                       PHYLLIS J. HAMILTON
                                                     United States District Judge